# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE:

    Pablo Clarke

                                      Debtors.
------------------------------------------------------------ X
Pablo Clarke

                        Plaintiffs,

    -against-


Nationstar Mortgage LLC

                        Defendant.
------------------------------------------------------------ X

CHAPTER 13

Case No: 11-42730-JF

Adversary Pro. No. 11-01299-jf

COMPLAINT

Adv. No. 11-01299-jf

Case Assigned to:
Hon. Jerome Feller

## JUDGMENT AVOIDING MORTGAGE LIEN

Upon the consideration of the Complaint, with due proof of service thereof, and after such notice and hearing as is appropriate, and the defendant not having interposed an answer and due deliberation having been had therein, pursuant to 11 U.S.C. Section 506, it is hereby

    ORDERED, that Defendant, Nationstar Mortgage LLC, is hereby held in default; and it is further

ORDERED, that the claim held by Nationstar Mortgage LLC, for account number 596411768, secured by a second mortgage lien on the Debtor's real property located at 3802 Clarendon Rd, Brooklyn, NY 11203 having Kings County Tax Map Designation Block: 4955, Lot 1 be deemed a wholly unsecured claim, and that the entire subordinate mortgage lien be declared null and void upon the successful completion of the Debtor's Chapter 13 Plan; and it is further

ORDERED, upon the Debtor's successful completion of his Chapter 13 Plan, the Clerk of the County of Kings shall cancel and discharge the lien held by Nationstar Mortgage LLC for account number 596411768 on the real property located at 3802 Clarendon Rd, Brooklyn, NY 11203 having Kings County Tax Map Designation Block: 4955, Lot 1; and it is further

ORDERED, that any proof of claim filed by the defendant, for the balance of the second mortgage loan be reclassified as unsecured.